UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DR. PAMELA M. FELDER                                                        PLAINTIFF

VS.                                       CIVIL ACTION NO. 3:13CV392TSL-JCG

DR. LONNIE EDWARDS, IN HIS INDIVIDUAL                                      DEFENDANTS
CAPACITY, DR. JAYNE SARGENT, IN HER
INDIVIDUAL CAPACITY, AND THE JACKSON PUBLIC
SCHOOL DISTRICT

## JUDGMENT

This action was tried by a jury with Judge Tom S. Lee presiding, and the jury has rendered a verdict finding that plaintiff recover nothing. In accordance with the jury's verdict, together with the memorandum opinion and orders entered on December 5, 2013 and June 9, 2015 and the order entered on November 24, 2015, it is hereby ordered that this action is dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

SO ORDERED this 17th day of December, 2015.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE



EXHIBIT D